UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor, <br><br> Plaintiff, <br><br> v. <br><br> **BY YOUR SIDE HOME CARE SERVICES, INC.**; **RUFINO LUGOD, JR.**, an individual; **JULIET QUIJANO**, an individual; **MARIA LUGOD**, an individual; and **JUANITO QUIJANO, JR.**, an individual, <br><br> Defendants. | Civil action no.: 1:20-cv-02838 |

## JOINT MOTION REQUESTING APPROVAL OF CONSENT JUDGMENT

Plaintiff, **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor ("Plaintiff"), filed a complaint against Defendants **BY YOUR SIDE HOME CARE SERVICES, INC.**; **RUFINO LUGOD, JR.**, an individual; **JULIET QUIJANO,** an individual; **MARIA LUGOD**, an individual; and **JUANITO QUIJANO, JR.**, an individual, (hereinafter collectively, "Defendants"), alleging violations of sections 7, 11 and 15 of the Fair Labor Standards Act of 1938, as Amended, 29 U.S.C. § 201 *et. seq.* ("the Act"). Plaintiff and Defendants have signed a consent judgment, attached hereto and resolving all claims in the complaint, and respectfully request entry by the Court.[1]

---

[1] Plaintiff will submit a Word version of the consent judgment to the court as a Proposed Order via e-mail.

Dated: October 26, 2020

Respectfully submitted,

                                          **KATE S. O'SCANNLAIN**
                                          Solicitor of Labor

                                          **CHRISTINE Z. HERI**
                                          Regional Solicitor

                                          */s/ David Tanury*
                                          **DAVID TANURY**

                                          U.S. Department of Labor
                                          Office of the Solicitor
                                          230 South Dearborn Street,
                                          Room 844
                                          Chicago, Illinois 60604
                                          Telephone: 312-353-4454
                                          Facsimile: 312-353-5698
                                          Email: tanury.david.j@dol.gov

/s/ Jeffrey S. Keller
**JEFFREY S. KELLER**
Attorney for All Defendants

Jeffrey S. Keller, Esq.
Keller Law Group, LLC
400 E. Diehl Road, Suite300
Naperville, Illinois 60563
Tel. (630) 505-1515
j.keller@lawkeller.com