UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor, </br></br>Plaintiff,</br></br>v.</br></br>**BY YOUR SIDE HOME CARE SERVICES, INC.**; **RUFINO LUGOD, JR.**, an individual; **JULIET QUIJANO**, an individual; **MARIA LUGOD**, an individual; and **JUANITO QUIJANO, JR.**, an individual,</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)  Civil action no.: 1:20-cv-02838</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## CONSENT JUDGMENT

Plaintiff, **EUGENE SCALIA**, Secretary of Labor, United States Department of Labor ("Secretary"), having filed his Complaint and Defendants **BY YOUR SIDE HOME CARE SERVICES, INC.**; **RUFINO LUGOD, JR.**, an individual; **JULIET QUIJANO,** an individual; **MARIA LUGOD**, an individual; and **JUANITO QUIJANO, JR.**, an individual, (hereinafter collectively, "Defendants"), having appeared by counsel, having received a copy of the Complaint, waived service thereof, having answered, and having been duly advised in the premises, agree to the entry of this Consent Judgment without contest. Now, therefore, upon motion for the attorneys for the Secretary and Defendants, and for cause shown:

**JUDGMENT IS HEREBY ENTERED** against Defendants pursuant to section 17 of the Fair Labor Standards Act of 1938, as Amended, 29 U.S.C. § 201 *et seq.* (the "Act") as follows:

1

**IT IS HEREBY ORDERED AND ADJUDGED,** pursuant to section 17 of the Act, that the Defendants, their officers, agents, servants, successors, employees, and all persons in active concert or participation with them be and hereby are, permanently enjoined and restrained from violating the provisions of the Act, in any of the following manners.

I

A. Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any nonexempt employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than 40 hours, unless such employee receives compensation for his employment in excess of 40 hours at a rate not less than one and one-half times the regular rates at which he is employed, subject to Section 13 of the Act.

B. Defendants shall not, contrary to sections 6 and 15(a)(2) of the Act, pay any of their nonexempt employees who in any workweek are engaged in commerce or in the production of goods for commerce or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate less than $7.25 per hour (or at a rate less than such other applicable minimum rate as may hereinafter be established by amendment to the Act).

C. Defendants shall not fail to make, keep and preserve records of their nonexempt employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 CFR Part 516. This includes, but is not limited to, maintaining records of all hours worked by each nonexempt employee in each

workday and each workweek, and records of compensation paid to each such employee in each workweek, whether payment is made by a payroll check, personal check, cash or a combination thereof. The records maintained by Defendants shall also include, but not be limited to, the full name and last-known mailing address of all employees, the daily work start and stop times of each employee, and the specific method of payment made to each employee.

   D.  Defendants, their agents, officers or employees shall not, contrary to section 15(a)(3) of the Act, threaten, retaliate, or discriminate in any way against any current or former employee of Defendants for exercising any rights under the FLSA, including, but not limited to, employee complaints regarding FLSA compliance made to Defendants or to the Wage and Hour Division of the United States Department of Labor, or cooperation with an investigation conducted by the Wage and Hour Division.

## II

**FURTHER,** pursuant to section 17 of the Act, Defendants shall not withhold payment of the sum of $134,655.89 in back wages, which represents the unpaid minimum wage and overtime compensation hereby found to be due for the period from December 23, 2016 to January 22, 2018, plus pre-judgment interest of $1,237.76 during the violation periods in Exhibit A to the present and former employees named in Exhibit A, attached hereto and made a part hereof, in the amounts set forth therein. The total amount due is **$135,893.65.**

## III

The monetary provisions of this Consent Judgment shall be deemed satisfied upon Defendants' delivery to the Plaintiff's representative of the following:

The monetary provisions of Paragraph III of this Consent Judgment shall be deemed satisfied, upon Defendants' delivery to the Plaintiff's representative of the following:

    A.    Within five days of the entry of this Consent Judgment, an electronic schedule listing the name, last-known address, and social security number of each employee listed on **Exhibit A**. Defendants remain responsible for their employer share of applicable taxes on any back wages due and owing. Nothing in this Consent Judgment precludes Defendants from complying with court-issued wage deduction, child support orders, or other garnishments required by law from the payments being made pursuant to this Consent Judgment.

    B.    Payment of the back wages, including the payment of pre-judgment interest, due shall be paid online by ACH transfer, credit card, debit card, or digital wallet by going to https://www.pay.gov/public/form/start/77692637 or by going to https://www.pay.gov and searching "WHD Back Wage Payment – Midwest Region" <u>on or before October 27, 2020</u>. Defendants shall pay using the Pay.gov system. Defendants remain responsible for paying their share of any applicable taxes to the appropriate State and Federal revenue authorities.

    C.    In the event the Pay.gov system is unavailable, Defendants may also pay the total amounts due by submitting a certified or cashier's check for the back wages, including pre-judgment and post-judgment interest, with notations as such, payable to "Wage and Hour Div. – Labor" to the U.S. Department of Labor, Wage and Hour Div., P.O. Box 2638, Chicago, IL 60690-2638.

(2)    The Plaintiff shall distribute the proceeds of the payment (less legal deductions for each employee's share of social security and Federal withholding taxes for back wages) to the persons identified in **Exhibit A**, or to their estates, if that be necessary; and any amounts referenced above of unpaid compensation and liquidated damages not so paid within a period of

three (3) years from the date of receipt thereof shall, pursuant to section 16(c) of the Act, be covered into the Treasury of the United States as miscellaneous receipts.

**IV**

Defendants shall not request, solicit, suggest, or coerce, directly, or indirectly, any current or former employee to return or to offer to return to the Defendants or to someone else for the Defendants, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this Consent Judgment or the Act; nor shall Defendants accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages heretofore or hereafter paid to said employee under the provisions of this Consent Judgment or the Act; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the Defendants under the provisions of this Consent Judgment or the Act.

V

**FURTHER**, it is agreed by the parties herein and hereby **ORDERED** that each party bears its own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs, including, but not limited to, any and all costs referenced under the Equal Access to Justice Act, as Amended.

VI

**FURTHER**, this Court shall retain jurisdiction of this matter to enforce the terms of this judgment pursuant to Federal Rule of Civil Procedure 54.

**SO ORDERED.**

Date: November 2, 2020

_____
Robert M. Dow, Jr.
United States District Judge


| FOR DEFENDANTS: | FOR PLAINTIFF: |
|---|---|
| /s/ Rufino Lugod, Jr. <br> **RUFINO LUGOD, JR.** <br><br> Dated: 10/22/2020 | **KATE O'SCANNLAIN** <br> Solicitor of Labor <br><br> **CHRISTINE Z. HERI** <br> Regional Solicitor |
| /s/ Juliet Quijano <br> _____ <br> **JULIET QUIJANO** <br><br> Dated: 10/26/2020 | /s/ David J. Tanury <br> _____ <br> **DAVID J. TANURY** <br> Senior Trial Attorney <br><br> Dated:10/26/2020 |
| /s/ Maria Lugod <br> _____ <br> **MARIA LUGOD** <br><br> Dated: 10/22/2020 | Attorneys for **EUGENE SCALIA** <br> Secretary of Labor <br> U.S. Department of Labor <br> Plaintiff |
| /s/ Juanito Quijano, Jr. <br> _____ <br> **JUANITO QUIJANO, JR.** <br><br> Dated: 10/26/2020 | Office of the Solicitor <br> U.S. Department of Labor <br> 230 S. Dearborn St., Room 844 <br> Chicago, IL 60604 <br> Telephone No.: 312/353-4454 <br> Fax No.: 312/353-5698 <br> E-mail: Tanury.david.j@dol.gov |
| /s/ Rufino Lugod, Jr. <br> _____ <br> **BY YOUR SIDE HOME CARE SERVICES, INC.** <br><br> By: Rufino Lugod, Jr. <br> President <br><br> Dated: 10/22/2020 | |

/s/ Jeffrey Keller

_____

**JEFFREY S. KELLER, ESQ.**

Dated: 10/22/2020

Attorney for **BY YOUR SIDE HOME CARESERVICES, INC.**; **RUFINO LUGOD, JR.**, an individual; **JULIET QUIJANO**, an individual; **MARIA LUGOD**, an individual; and **JUANITO QUIJANO, JR.**, an individual.

Jeffrey S. Keller, Esq.
Keller Law Group, LLC
400 E. Diehl Road, Suite300
Naperville, Illinois 60563
Tel. (630) 505-1515
j.keller@lawkeller.com

8

**EXHIBIT A**

|    | Employee | Back Wages Due | Interest Due | Total Due |
|----|----------|---------------:|-------------:|----------:|
| 1  | Gladys Ababio | $1,705.25 | $15.67 | **$1,720.92** |
| 2  | Beverly Abiva | $3,404.89 | $31.30 | **$3,436.19** |
| 3  | Jose Adasa | $20.57 | $0.19 | **$20.76** |
| 4  | Olashile Adeyekun | $454.74 | $4.18 | **$458.92** |
| 5  | Elvira Albela | $4,549.19 | $41.82 | **$4,591.01** |
| 6  | Bienvinida Amurao | $2,489.39 | $22.88 | **$2,512.27** |
| 7  | Nestor Ancheta | $431.42 | $3.97 | **$435.39** |
| 8  | Cristito Angob | $1,367.69 | $12.57 | **$1,380.26** |
| 9  | Teresita Aquino | $4,163.79 | $38.27 | **$4,202.06** |
| 10 | Lorna Aube | $266.67 | $2.45 | **$269.12** |
| 11 | Alan Badayos | $1,052.00 | $9.67 | **$1,061.67** |
| 12 | Cielito Bahney | $5,243.82 | $48.20 | **$5,292.02** |
| 13 | Renato Baldago | $3,825.21 | $35.16 | **$3,860.37** |
| 14 | Evangeline Barros | $1,086.92 | $9.99 | **$1,096.91** |
| 15 | Evangeline Baylosis | $174.22 | $1.60 | **$175.82** |
| 16 | Sheila Benson | $3,821.50 | $35.13 | **$3,856.63** |
| 17 | Violeta Beto | $2,335.07 | $21.46 | **$2,356.53** |
| 18 | Viola Braboy | $275.86 | $2.54 | **$278.40** |
| 19 | Teresita Briones | $3,769.30 | $34.65 | **$3,803.95** |
| 20 | Iluminada Carini | $75.00 | $0.69 | **$75.69** |
| 21 | Derlina Carter | $165.81 | $1.52 | **$167.33** |
| 22 | Jashly Castillo | $1,790.33 | $16.46 | **$1,806.79** |
| 23 | Rosario Castillo | $88.00 | $0.81 | **$88.81** |
| 24 | Llova Catayong | $318.69 | $2.93 | **$321.62** |
| 25 | Sofia Celemin | $1,777.78 | $16.34 | **$1,794.12** |
| 26 | Annie Crespo | $784.50 | $7.21 | **$791.71** |
| 27 | Mercedita Crus | $217.25 | $2.00 | **$219.25** |
| 28 | Consolacion Cuyugan | $4,936.52 | $45.38 | **$4,981.90** |
| 29 | Jonathan Dagmante | $1,544.27 | $14.19 | **$1,558.46** |
| 30 | Susana Dela Cruz | $372.06 | $3.42 | **$375.48** |
| 31 | Isabelita Dela Vega | $566.03 | $5.20 | **$571.23** |
| 32 | Remedios De Leon | $1,025.64 | $9.43 | **$1,035.07** |
| 33 | Perla Eisma | $693.51 | $6.37 | **$699.88** |
| 34 | Anecita Elcamel | $2,104.80 | $19.35 | **$2,124.15** |
| 35 | Maria Falcon | $128.00 | $1.18 | **$129.18** |
| 36 | Catherine Garcia | $920.48 | $8.46 | **$928.94** |
| 37 | Leny Gonzalez | $765.83 | $7.04 | **$772.87** |
| 38 | Panie Gray | $169.64 | $1.56 | **$171.20** |

| 39 | Ayesha Gunderson | $607.81 | $5.59 | **$613.40** |
|---|---|---:|---:|---:|
| 40 | Cynthia Hillard | $436.02 | $4.01 | **$440.03** |
| 41 | Luis Inductivo | $432.00 | $3.97 | **$435.97** |
| 42 | Rosalie Johnson | $22.57 | $0.21 | **$22.78** |
| 43 | Kimberly Jones | $796.78 | $7.32 | **$804.10** |
| 44 | John Juniga | $772.29 | $7.10 | **$779.39** |
| 45 | Cristina Kamp | $1,166.07 | $10.72 | **$1,176.79** |
| 46 | Isabelita Lavandero-Medley | $3,630.75 | $33.37 | **$3,664.12** |
| 47 | Visitacion Leones | $6,263.91 | $57.58 | **$6,321.49** |
| 48 | Perla Liquigan | $277.01 | $2.55 | **$279.56** |
| 49 | Nielo Literato | $3,177.91 | $29.21 | **$3,207.12** |
| 50 | Beverly Lonzaga | $4,074.89 | $37.46 | **$4,112.35** |
| 51 | Marben Lonzaga | $1,111.28 | $10.21 | **$1,121.49** |
| 52 | Rica Lunsford | $889.29 | $8.17 | **$897.46** |
| 53 | Delfa Lyles | $1,784.45 | $16.40 | **$1,800.85** |
| 54 | Amos Magcalas | $3,485.57 | $32.04 | **$3,517.61** |
| 55 | Maria Magcalas | $350.00 | $3.22 | **$353.22** |
| 56 | Rebecca Marcos | $2,394.33 | $22.01 | **$2,416.34** |
| 57 | Christian Mendoza | $130.00 | $1.19 | **$131.19** |
| 58 | Mary Mendoza | $276.12 | $2.54 | **$278.66** |
| 59 | Roderick Mendoza | $3,132.97 | $28.80 | **$3,161.77** |
| 60 | Belinda Meredith | $619.49 | $5.69 | **$625.18** |
| 61 | Bernadita Merritt | $313.44 | $2.88 | **$316.32** |
| 62 | Roane Monje | $990.81 | $9.11 | **$999.92** |
| 63 | Lorna Mozo | $1,137.86 | $10.46 | **$1,148.32** |
| 64 | Ekrema Nanic | $551.69 | $5.07 | **$556.76** |
| 65 | Joshua Nazario | $1,472.50 | $13.54 | **$1,486.04** |
| 66 | Marcus Nazario | $1,386.00 | $12.74 | **$1,398.74** |
| 67 | Lari Ocampo | $172.49 | $1.59 | **$174.08** |
| 68 | Romualda Olano | $690.11 | $6.34 | **$696.45** |
| 69 | Juliana Owoo-Battlet | $2,642.66 | $24.29 | **$2,666.95** |
| 70 | Pablita Padel | $428.00 | $3.93 | **$431.93** |
| 71 | Lolita Padolina | $1,679.89 | $15.44 | **$1,695.33** |
| 72 | Winnie Pagayon | $1,525.58 | $14.02 | **$1,539.60** |
| 73 | Clementino Payoyo | $560.00 | $5.15 | **$565.15** |
| 74 | Wilfred Polo | $70.00 | $0.64 | **$70.64** |
| 75 | Editha Ramos | $70.00 | $0.64 | **$70.64** |
| 76 | Nestorio Reyes | $2,462.65 | $22.64 | **$2,485.29** |
| 77 | Patrocinia Robles | $2,769.03 | $25.45 | **$2,794.48** |
| 78 | Raisa Saltoc | $1,659.05 | $15.25 | **$1,674.30** |
| 79 | Remuel Saltoc | $306.78 | $2.82 | **$309.60** |

| | | | | |
|---|---|---:|---:|---:|
| 80 | Edna Santiago | $416.99 | $3.83 | **$420.82** |
| 81 | Sandy Sarona | $216.75 | $1.99 | **$218.74** |
| 82 | Lucilieta Schweitzer | $20.50 | $0.19 | **$20.69** |
| 83 | Evangelina Seballos | $1,635.96 | $15.04 | **$1,651.00** |
| 84 | Susan Shyu | $185.12 | $1.70 | **$186.82** |
| 85 | Leonida Soriano | $1,015.38 | $9.33 | **$1,024.71** |
| 86 | Sylvia Tabilas | $684.00 | $6.29 | **$690.29** |
| 87 | Gonzalo Tamesis | $1,210.81 | $11.13 | **$1,221.94** |
| 88 | Evangeline Tejada | $4,818.62 | $44.29 | **$4,862.91** |
| 89 | Debra Thomas | $968.76 | $8.90 | **$977.66** |
| 90 | Belen Tobongbanua | $302.01 | $2.78 | **$304.79** |
| 91 | Angelina Turija | $883.52 | $8.12 | **$891.64** |
| 92 | Arnold Umbao | $3,104.07 | $28.53 | **$3,132.60** |
| 93 | Jessica Umbao | $694.49 | $6.38 | **$700.87** |
| 94 | Deity Visco | $722.02 | $6.64 | **$728.66** |
| 95 | Matthew Werner | $22.00 | $0.20 | **$22.20** |
| 96 | Jocelyn Wunder | $32.00 | $0.29 | **$32.29** |
| 97 | Janith Yarra | $88.00 | $0.81 | **$88.81** |
| 98 | Ryzshyl Yarra | $688.56 | $6.33 | **$694.89** |
| 99 | Mary Yeboah | $1,184.64 | $10.89 | **$1,195.53** |
| 100 | Amelia Zara | $160.00 | $1.47 | **$161.47** |
| | **Total** | **$134,655.89** | **$1,237.76** | **$135,893.65** |